IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LACRITIA SPANEL,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTRAL COMMUNITY COLLEGE, CHRIS WADDLE, in their individual and official capacities; and GREG SMITH, in their individual and official capacities;<br><br>　　　　　　　Defendants. | **8:18CV380**<br><br>**ORDER** |

Plaintiff filed an amended complaint. (Filing No. 10). After conferring with counsel,

IT IS ORDERED:

1) Defendants' motions to dismiss or to strike, (Filing Nos. 5 and 7), are denied as moot.

2) The parties shall confer in good faith to resolve their remaining dispute over whether the Plaintiff's amended complaint states a claim against Chris Waddle and Greg Smith in their individual capacities.

3) Plaintiff's motion to amend the amended complaint, whether opposed or unopposed, shall be filed on or before November 5, 2018.

October 22, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge