IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LACRITIA SPANEL | ) | 8:18-CV-380 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CENTRAL COMMUNITY COLLEGE, CHRIS WADDLE and GREG SMITH, AND MATT GOTSCHALL, in their individual capacities, | ) ) ) ) | |
| | ) | |
| Defendants. | | |

IT IS ORDERED:

1) Plaintiff's Motion to Strike Filing No. 54 (Filing No. 58) is granted.

2) The Third Amended Complaint filed on August 26, 2020 (Filing No. 56) shall be deemed appropriately filed and remain the operative pleading.

3) The Clerk is directed to file the amended Joint Stipulation (Filing No. 58-1) separately of record. The Clerk is further directed to strike Filing No. 54.

Dated: September 1, 2020.

BY THE COURT

/s/ *Cheryl R. Zwart*

_____
Cheryl R. Zwart
United States Magistrate Judge

1