IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LACRITIA SPANEL,<br><br>    Plaintiff,<br><br>  vs.<br><br>CENTRAL COMMUNITY COLLEGE, CHRIS WADDLE, in his individual capacity; GREG SMITH, in his individual capacity; and MATT GOTSCHALL, in their individual capacities;<br><br>    Defendants. | 8:18CV380<br><br>ORDER |

After conferring with counsel,

1) Defendants' anticipated motion to dismiss claims within Plaintiff's Third Amended Complaint shall be filed on or before September 17, 2020.

2) To avoid duplicative discovery, and to promote the purposes of Rule 1 of the Federal Rules of Civil Procedure, all the discovery deadlines are stayed and will be reset following the ruling on Defendants' anticipated motion to dismiss.

3) Within 10 days following the ruling on the anticipated motion to dismiss, counsel shall contact my chambers to set a conference call for re-scheduling case progression deadlines.

4) The clerk shall set internal case management deadlines of September 17, 2020 and December 15, 2020 to check on the filing and status of the anticipated motion to dismiss.

September 3, 2020.

                 BY THE COURT:
                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge