IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LACRITIA SPANEL,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRAL COMMUNITY COLLEGE, CHRIS WADDLE, in his individual capacity; GREG SMITH, in his individual capacity; and MATT GOTSCHALL, in their individual capacities;<br><br>    Defendants. | **8:18CV380**<br><br>**ORDER** |

As requested in the parties' motion, (Filing No. 104), which is hereby granted,

IT IS ORDERED:

a. Plaintiff may designate a new expert witness, Dr. Christian Tellefsen, in place of Dr. McNeese, with Dr. Tellefsen's expert report served on or before November 29, 2021.

b. Defendants' rebuttal expert to Dr. Tellefsen, if any, shall be designated, with the expert's report served, by December 20, 2021.

c. The expert witness deposition deadline is extended to January 10, 2022.

d. The <u>Daubert</u> motion deadline is extended to January 17, 2022.

e. The summary judgment motion deadline remains December 1, 2021.

Dated this 15th day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge