IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LACRITIA SPANEL, | |
| Plaintiff, | 8:18CV380 |
| vs. | |
| CENTRAL COMMUNITY COLLEGE, CHRIS WADDLE, in his individual capacity; GREG SMITH, in his individual capacity; and MATT GOTSCHALL, in their individual capacities; | ORDER |
| Defendants. | |

IT IS ORDERED that the motion to withdraw filed by Aimee C. Bataillon, as counsel of record for Plaintiff, (Filing No. 113), is granted. Aimee C. Bataillon shall no longer receive electronic notice in this case.

Dated this 22nd day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge